UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WHITENER, a
Florida resident,

        Plaintiff,

-vs-

ROBOTIC PIPELINE SOLUTIONS,
L.L.C., a Michigan limited liability company,
KENT WEISENBERRG, a Michigan resident,
TRU-SEAL, INC., an unincorporated business
association now operating at TRU-SEAL, L.L.C.,
A Michigan limited liability company, and
THOMAS DAVIS, a Michigan resident,

        Defendants.

Case No. 05-70137

Hon. Lawrence P. Zatkoff

_____

| HYMAN LIPPITT, P.C. | LAW OFFICES OF DAVID S. MENDELSON, |
|---|---|
| By: Dean J. Groulx (P251262) | By: David S. Mendelson (P53572) |
| Attorneys for Plaintiff | Co-Counsel for Plaintiff |
| 322 N. Old Woodward | 322 N. Old Woodward |
| Birmingham, MI 48009 | Birmingham, MI 48009 |
| (248) 646-8292 | (248) 646-8277 |
| Primary Email: dgroulx@sgfattorneys.com | Primary Email: dm@mendelsonlaw.net |
| | |
| KREIS, ENDERLE, | BRAUN KENDRICK FINKBEINER P.L.C. |
| CALLANDER & HUDGINS, P.C. | By: Craig W. Horn (P34281) |
| By: Adam E. Parsons (P57243) | Attorneys for Defendants Tru-Seal, L.L.C. |
| Attorneys for Defs. Robotic Pipeline | and Thomas Davis |
| and Kent Weisenberg | 4301 Fashion Square Boulevard |
| One Moorsbridge, P.O. Box 4010 | Saginaw, MI 48603 |
| Kalamazoo, MI 49003-4010 | (989) 498-2100 |
| (269) 324-3000 | Primary Email: crahor@BKF-LAW.com |
| Primary Email: aparsons@kech.com | |

_____

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIM
AGAINST DEFENDANTS TRU-SEAL, L.L.C. AND THOMAS DAVIS ONLY**

NOW COMES Plaintiff Michael Whitener and Defendants Tru-Seal, L.L.C. and Thomas Davis, by and through their respective attorneys, and stipulate and agree that Plaintiff's claim against Tru-Seal, L.L.C. and Thomas Davis be dismissed with prejudice and without costs to any party.

HYMAN LIPPITT, P.C.

DATED: December 21, 2005         By: /s/ Dean J. Groulx
                                 DEAN J. GROULX (P51262)
                                 Attorneys for Plaintiff
                                 Primary Email: dgroulx@sgfattorneys.com

                                 BRAUN KENDRICK FINKBEINER P.L.C.

DATED: December 21, 2005         By: /s/ Craig W. Horn
                                 CRAIG W. HORN (P34281)
                                 Attorneys for Tru-Seal, L.L.C. and
                                 Thomas Davis
                                 Primary Email: crahor@BKF-LAW.com

# ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIM
# AGAINST DEFENDANTS TRU-SEAL, L.L.C. AND THOMAS DAVIS ONLY

At a session of said Court held in the Courthouse in the
City of Port Huron, County of St. Clair and State of Michigan
this 21st day of February, 2008.

PRESENT: Honorable Lawrence P. Zatkoff, U.S. District Court Judge

Upon the filing and reading of the above stipulation, the Court Orders that Plaintiff's claim against Tru-Seal, L.L.C. and Thomas Davis be dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

        s/Lawrence P. Zatkoff
        HON. LAWRENCE P. ZATKOFF
        U.S. District Court Judge

Dated: February 21, 2008