UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WHITENER, a
Florida resident,

        Plaintiff,

-vs-

ROBOTIC PIPELINE SOLUTIONS,
L.L.C., a Michigan limited liability company,
KENT WEISENBERG, a Michigan resident,
TRU-SEAL, INC., an unincorporated business
association now operating at TRU-SEAL, L.L.C.,
A Michigan limited liability company, and
THOMAS DAVIS, a Michigan resident,

        Defendants.

Case No. 05-70137

Hon. Lawrence P. Zatkoff

_____

HYMAN LIPPITT, P.C.
By: Dean J. Groulx (P251262)
Attorneys for Plaintiff
322 N. Old Woodward
Birmingham, MI 48009
(248) 646-8292
Primary Email: dgroulx@sgfattorneys.com

LAW OFFICES OF DAVID MENDELSON
By: David S. Mendelson (P53572)
Co-Counsel for Plaintiff
322 N. Old Woodward
Birmingham, MI 48009
(248) 646-8277
Primary Email: dm@mendelsonlaw.net

KREIS, ENDERLE,
CALLANDER & HUDGINS, P.C.
By: Adam E. Parsons (P57243)
Attorneys for Defs. Robotic Pipeline
and Kent Weisenberg
One Moorsbridge, P.O. Box 4010
Kalamazoo, MI 49003-4010
(269) 324-3000
Primary Email: aparsons@kech.com

BRAUN KENDRICK FINKBEINER P.L.C.
By: Craig W. Horn (P34281)
Attorneys for Defendants Tru-Seal, L.L.C.
and Thomas Davis
4301 Fashion Square Boulevard
Saginaw, MI 48603
(989) 498-2100
Primary Email: crahor@BKF-LAW.com

_____

# ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ROBOTIC PIPELINE SOLUTIONS AND KENT WISENBERG

This matter having come before the Court upon the request of plaintiff, through his counsel, for dismissal without prejudice of the action pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being otherwise fully advised of the premises;

IT IS HEREBY ORDERED that plaintiff's request for dismissal without prejudice of his action against defendants Robotic Pipeline Solutions and Kent Wisenberg is hereby granted pursuant to Fed. R. Civ. P. 41(a)(2) and that this resolves the last pending claim in this matter.

    s/Lawrence P. Zatkoff
HON. LAWRENCE P. ZATKOFF
U.S. District Court Judge

Dated: February 21, 2008

Prepared by:

/s/ David S. Mendelson
David S. Mendelson (P53572)
Attorney for Plaintiff
322 N. Old Woodward Avenue
Birmingham, Michigan 48009
(248) 646-8277
Primary Email: dm@mendelsonlaw.net